UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br><br>JOSE ALBERTO-ROBLES,<br>    Defendant.<br>_____/ | CR 09-0867 SBA<br><br>**ORDER** |

Pursuant to the stipulation submitted to the Court on February 22, 2010, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(i) the time period from February 23, 2010 to May 4, 2010 at 10:00 a.m. shall be excluded under the Speedy Trial Act. The parties have stated that probation has not yet prepared a pre-sentence report in this matter, which is required for sentencing.

Based on this finding,

IT IS HEREBY ORDERED THAT the hearing is continued from February 23, 2010 to **May 4, 2010 at 10:00 a.m.** for change of plea and judgment and sentencing.

IT IS SO ORDERED.

Dated: 3/1/10

SAUNDRA BROWN ARMSTRONG
United States District Judge