UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No.  CR 09-0867 SBA** |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| JOSE ALBERTO ROBLES, | ) | |
| Defendant. | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on May 5, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1.  a Norinco, Model MAK90, 7.62 millimeter, semiautomatic assault rifle, serial number 9448258; and

2.  a Mini-14, .223 caliber assault rifle, with serial 188-39887, which was capable of accepting a large magazine,

pursuant to Title 18, United States Code, Sections 924(d)(1).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the

property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property  must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the time of his sentencing on May 4, 2010 and as such, was made part of the sentence and included in the judgment dated May 5, 2010.

IT IS SO ORDERED this 24TH day of AUGUST 2010.


SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                    2
CR 09-0867 SBA